IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DOUGLAS WALKER,

    Plaintiff,

v.                                    CASE NO. 1:09cv98-SPM/AK

DAVID ELLIS, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 5) dated April 16, 2009. Plaintiff was furnished a copy, and has filed objections (doc. 9) and proposed amendments to his pleadings (docs. 6 and 7), which have been considered.

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. Plaintiff has three strikes under 28 U.S.C. § 1915(g) and his claims do demonstrate that he is under imminent danger or serious physical injury. Accordingly it is

ORDERED AND ADJUDGED:

1.    The report and recommendation (doc. 5) is adopted and incorporated by reference in this order.

2.  This case is dismissed under 28 U.S.C. § 1915(g).  The dismissal is without prejudice to Plaintiff's opportunity to refile with payment of the full filing fee.

DONE AND ORDERED this 8th day of January, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge